UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATIANA FONTEBOA, individually and on behalf of all other similarly situated,<br><br>                                Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P., and LVNV FUNDING, LLC,<br><br>                                Defendants. | Civil Action No: 1:21-cv-02293-EK-TAM<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Defendants Resurgent Capital Services, L.P. and LVNV Funding, LLC, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiff has received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stay this case and adjourn any and all deadlines.

Dated: April 15, 2022

                                                   **GORDON REES SCULLY MANSUKHANI, LLP**
                                                   *Attorneys for Defendant LVNV Funding, LLC*
                                                   *and Resurgent Capital Services, L.P.*

                             By: *s/ Peter G. Siachos*
                                        Peter G. Siachos, Esq.
                                        Kasey T. Mahoney, Esq.
                                        1 Battery Park Plaza, 28th Floor
                                        New York, NY 10004
                                        Telephone: (212) 453-0740
                                        Email: psiachos@grsm.com
                                        Email: kmahoney@grsm.com